UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES McCOLLUM, ) | | |
| Dallas Cnty. Jail Bookin No. 20017567, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | CIVIL ACTION NO. | |
| VS. ) | | |
| ) | 3:21-CV-0900-G-BN | |
| DALLAS COUNTY JAIL SYSTEMS, ) | | |
| ) | | |
| Defendant. ) | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff may therefore file an amended complaint realleging just his procedural due process claim against a jural entity or individual defendant within 21 days of this order. Failure to do so will result in the dismissal of this case with prejudice without further notice.

**SO ORDERED.**

June 16, 2021.

*C. Joe Fish*

**A. JOE FISH**
**Senior United States District Judge**